# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **KARL M. CARPENTER,** | **PLAINTIFF** |
| v. | **NO.: 3:13cv285-M-A** |
| **MANAGEMENT AND TRAINING CORPORATION, et al.,** | **DEFENDANTS** |

## JUDGMENT

In accordance with the Opinion and Order entered today, Defendant Management and Training Corporation's motion for summary judgment [54] is **GRANTED**, and Defendant MTC is dismissed from this action.

**SO ORDERED** this the 2nd day of October, 2014.

/s/ Michael P. Mills
**MICHAEL P. MILLS**
**U.S. DISTRICT JUDGE**